UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL CARTER, Trustee of<br>The S.F.S.K. DEPENDENT TRUST<br><br>　　　　Plaintiff<br><br>V.<br><br>CHRISTINE MARBURG WOLF,<br>SALLY O'BRIEN AND SALLY<br>O'BRIEN AND ASSOCIATES, INC. | :<br>:<br>:<br>:<br>: CIVIL NO.: 3:06-CV-<br>　01351(AWT)<br>:<br>: MAY 17, 2010<br>: |

## DEPONENT GARY RYDER'S AND PLAINTIFF'S MOTION TO SEAL

Gary Ryder, a non-party fact witness and Plaintiff in the above captioned matter hereby move that the Court seal the Motion to Compel filed by Defendant Wolf on April 26, 2010 seeking answers to various deposition questions as well as to seal Plaintiff's and Mr. Ryder's Objection thereto and Memorandum of Law in Support of said Objection. The reasons for such request are set forth in the Objection to Defendant's Motion to Compel Deposition Answers and the Memorandum of Law in Support of such Objection which are being filed with this Court on this date under seal.

WHEREFORE, the deponent, Gary Ryder and Plaintiff respectfully request that this Court issue an order that the Motion to Compel Deposition Answers, the Objection to Defendant's Motion to Compel Deposition Answers and the Memorandum in Support of Plaintiff's and Mr. Ryder's Objection all be under seal and not available for public view.

THE PLAINTIFF,

DEPONENT
GARY RYDER

By: _____/s/_____
Shelley A. Marcus (ct 20905)
smarcus@marcuslawfirm.com
The Marcus Law Firm
275 Branford Road
North Branford, CT 06471
Tel. 203-481-3330
His Attorneys

## ORDER

The foregoing having been presented to this Court, it is hereby ORDERED

    Granted / Denied

Date: _____     [By: _____ JUDGE]

## CERTIFICATION

    I hereby certify that on May 17, 2010 a copy of Deponent Gary Ryder's and Plaintiff's Motion to Seal was filed electronically and served by mail to anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

(no parties needing service via mail)

_____/s/_____
Shelley A. Marcus
